

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff

          vs.

ANGELA NICOLE LAYTON (2),
          Defendant .

CASE NO. 13CR2479-BTM

JUDGMENT AND ORDER OF DISMISSAL OF
INFORMATION, EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with

prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED:  May 13, 2015

HONORABLE KAREN S. CRAWFORD
United States Magistrate Judge